In the Matter of the Petition of CHARLES E. THEDFORD, as Administrator of the Estate of MARIE A. STOUFFER, Deceased, Respondent, to Compel ADELE L. ROUYON, as Administratrix with the Will Annexed of ALPHONSE ROUYON, Deceased, Appellant, to Render and Settle Her Account.

LUCY J. MACKAY et al., Appellants.

*Matter of Thedford*, 184 App. Div. 911, affirmed.

(Argued November 13, 1918; decided December 3, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 24, 1918, which affirmed a decree of the Kings County Surrogate's Court settling the accounts of Adele L. Rouyon as administratrix with the will annexed of Alphonse Rouyon and directing distribution. The testator's will gave his widow a life estate with power to dispose of the principal, and directed that " upon her decease " all of his property " then undisposed of be divided " among his surviving children and the issue of those previously deceased. The appellants Rouyon and Mackay are the only daughters who survived the widow, and the appellants Abbes and Bigelow are the only children of a deceased daughter of the decedent, who also survived the widow. The respondent Thedford is the husband of a deceased granddaughter, who died before the widow, without issue, and he is also the administrator of the estate of his mother-in-law, a daughter of the decedent, who also died during the widow's lifetime. The issue involved in this proceeding is whether the decedent's will gave to his children interests in the remainder which vested immediately upon his death, and which, therefore, passed to their estates upon their death before that of the widow, or whether such interests were dependent upon their or their issue surviving the widow.

*John Ewen* and *Rudolph Dugan* for appellants.

*Clarence L. Westcott* and *Charles S. M. First* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-
BACK, HOGAN, McLAUGHLIN and CRANE, JJ.